# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| JAY PARKER LUNT DRESSER, | )<br>)<br>) |
| **PLAINTIFF** | ) |
| v. | ) CIVIL NO. 1:18-CV-317-DBH |
| STATE OF MAINE, ET AL., | )<br>)<br>) |
| **DEFENDANTS** | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On October 12, 2018, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision After Review of Plaintiff's Complaint Pursuant to 28 U.S.C. § 1915. The time within which to file objections expired on October 26, 2018, and no objection has been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. After a review pursuant to 28 U.S.C. § 1915(e)(2), the plaintiff's Complaint is **DISMISSED**.

**SO ORDERED.**

**DATED THIS 5TH DAY OF NOVEMBER, 2018**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**